MARS, INCORPORATED and Mars Electronics International, INC., Plaintiffs/Counterclaim Defendants–Appellees,

and

M&M/Mars Incorporated, Counterclaim Defendant–Appellee,

v.

COIN ACCEPTORS, INC., Defendant/Counterclaimant–Appellant.

No. 2006–1144.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing and Rehearing En Banc Denied Jan. 19, 2007.

LINN, Circuit Judge and FRIEDMAN and PLAGER, Senior Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

NEUTRINO DEVELOPMENT CORPORATION, Plaintiff/Counterclaim Defendant–Appellant,

and

Richard T. Redano, Counterclaim Defendant,

v.

SONOSITE, INC., Defendant/Counterclaimant–Appellee.

No. 2006–1316.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing and Rehearing En Banc Denied Jan. 19, 2007.

MAYER and PROST, Circuit Judges, WHYTE, District Judge *.

#### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

* Honorable Ronald M. Whyte, United States District Court for the Northern District of California, sitting by designation.